FILED

2017 JAN 18 PM 1:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

1  Laurel Tevolitz
2  8105 Redlands Street, #106
   Playa Del Rey, California 90293
3  laurel.tevolitz@gmail.com

4  Plaintiff in Pro Se

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  LAUREL TEVOLITZ,                    Case No.: 2:16-cv-08825-BRO-Ex
                      Plaintiff,
12                                      **PLAINTIFF'S NOTICE OF
                                        VOLUNTARY DISMISSAL OF
13       vs.                            DEFENDANT PINNACLE CREDIT
                                        SERVICES WITH PREJUDICE
14  PINNACLE CREDIT SERVICES,           PURSUANT TO FEDERAL RULE
    EQUIFAX, EXPERIAN, and              OF CIVIL PROCEDURE 41(A)(1)**
15  TRANSUNION,
                      Defendants.       Compl. Filed:   November 29, 2016
16
17                                      Honorable Beverly Reid O'Connell
18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Laurel Tevolitz hereby voluntary dismisses Defendant Pinnacle Credit Services, LLC with prejudice as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**41(a) Voluntary Dismissal**

**(1) By the Plaintiff**

**(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:**

**(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.**

Defendant Pinnacle Credit Services, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it with prejudice for all purposes and without an Order of the Court.

DATED:  January 10, 2017

By:  */s/ Laurel Tevolitz*
Laurel Tevolitz
Plaintiff

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PINNACLE CREDIT SERVICES WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*LAUREL TEVOLITZ*

PLAINTIFF(S),

v.

*PINNACLE CREDIT SERVICES,
EQUIFAX, EXPERIAN, and
TRANSUNION*

DEFENDANT(S).

CASE NUMBER

*2:16-cv-08825-BRO-Ex*

### PROOF OF SERVICE - ACKNOWLEDGMENT
### OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of *Los Angeles*, State of California, and not a party to the above-entitled cause. On *January*, 20 *17*, I served a true copy of *Plaintiffs Notice of Voluntary Dismissal of Defendant Pinnacle Credit Services* by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: *625 Pilot Road, Suit 2. Las Vegas, NV, 89119*
Executed on *January*, 20 *17* at *Los Angeles*, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☑ I hereby certify under the penalty of perjury that the foregoing is true and correct.

by: _____

*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
*Signature*                              *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE