| | |
|---|---|
| 1 | Jessica McGahie Sawyer (SBN 279230) |
| 2 | jsawyer@jonesday.com<br>JONES DAY |
| 3 | 555 South Flower Street<br>Fiftieth Floor |
| 4 | Los Angeles, CA  90071.2300<br>Telephone:  +1.213.489.3939 |
| 5 | Facsimile:   +1.213.243.2539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laurel Tevolitz,<br><br>                   Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, EQUIFAX, EXPERIAN and TRANSUNION,<br><br>                   Defendants. | Case No.  2:16-cv-08825 BRO (Ex)<br><br>Hon. Beverly Reid O'Connell<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 30, 2016 |

LAUREL TEVOLITZ ("Plaintiff") and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") (hereinafter Experian together with Plaintiff collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Experian.  The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice.  The Parties anticipate that the settlement and dismissal of claims against Experian will be finalized within the next 60 days.

Respectfully submitted this 20th day of March, 2017.

Pursuant to Local Rule 5-4.3.4, Jessica McGahie Sawyer hereby attests that the following signatories concur in the filing's content and have authorized the filing.

Dated:   March 20, 2017                     JONES DAY

                                             By:  /s/ *Jessica McGahie Sawyer*
                                                      Jessica McGahie Sawyer

                                             Attorneys for Defendant
                                             EXPERIAN INFORMATION
                                             SOLUTIONS, INC.

Dated:   March 20, 2017

                                             By:  /s/ *Laurel Tevolitz*
                                                      Laurel Tevolitz

                                             Plaintiff
                                             *Pro se*

# CERTIFICATE OF SERVICE

I, Jessica McGahie Sawyer, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071.2300. On March 20, 2017, I served a true copy of the following document(s) by electronic submission:

**Notice of Settlement**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

**Donald E Bradley**
Musick Peeler and Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626-1925
714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com
*Attorney for Defendant Trans Union*

**Thomas P Quinn, Jr**
Nokes and Quinn APC
410 Broadway Suite 200
Laguna Beach, CA 92651
949-376-3500
Fax: 949-376-3070
Email: tquinn@nokesquinn.com
*Attorney for Defendant Equifax*

Additionally, I served a true copy of the documents listed above by transmitting via e-mail to the person at the e-mail address set forth below.

**Laurel Tevolitz**
8105 Redlands Street
No. 106
Playa del Rey, CA 90293
Email: laureltevolitz@gmail.com
*Plaintiff Pro Se*

NAI-1502576285v1

- 2 -

1
2   Executed on March 20, 2017, at Los Angeles, California.
3
4   _____
5   Jessica McGahie Sawyer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28