THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL TEVOLITZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PINNACLE CREDIT SERVICES, et al.,<br><br>　　　　Defendants. | Case No: 2:16-cv-08825-BRO-E<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Plaintiff Laurel Tevolitz ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") have reached an agreement to settle all of Plaintiff's claims against Equifax pending in this action. The parties anticipate that they will finalize the settlement papers and file a request for dismissal with prejudice within 45 days.

Dated: March 22, 2017         NOKES & QUINN

　　　　　　　　　　　　　　　　 */s/ Thomas P. Quinn, Jr.*
　　　　　　　　　　　　　　　　THOMAS P. QUINN, JR.
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　EQUIFAX INFORMATION SERVICES LLC

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 22, 2017, I served a true copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SETTLEMENT;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Laurel Tevolitz
8105 Redlands Street No 106
Playa Del Rey, CA 90293
***Plaintiff Pro Se***

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on March 22, 2017, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

## SERVICE LIST

Laurel Tevolitz
8105 Redlands Street No 106
Playa Del Rey, CA 90293
*Plaintiff Pro Se*

Donald E Bradley
Musick Peeler and Garrett LLP
650 Town Center Drive Suite 1200
Costa Mesa, CA 92626-1925
714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com
*Attorneys for Defendant Transunion*

Jessica McGahie Sawyer
Jones Day
555 South Flower Street 50th Floor
Los Angeles, CA 90071-2300
213-489-3939
Fax: 213-243-2539
Email: jsawyer@jonesday.com
*Attorneys for Defendant Transunion*