**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@mpglaw.com*

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Laurel Tevolitz,<br><br>        Plaintiff,<br><br>      vs.<br><br>PINNACLE CREDIT SERVICES, EQUIFAX, EXPERIAN and TRANSUNION,<br><br>        Defendants. | Case No. 2:16-cv-08825 BRO (Ex)<br><br>Hon. Beverly Reid O'Connell, Crtrm. 7C<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** |

TO THE HONORABLE JUDGE O'CONNELL:

      Plaintiff Laurel Tevolitz and Defendant Trans Union LLC respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next forty (40) days. Plaintiff and Defendant request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1043021.1

1   DATED:  March 22, 2017              MUSICK, PEELER & GARRETT LLP

2

3

4                                       By:      /s/  Donald E. Bradley

5                                                Donald E. Bradley
                                                 Attorneys for Defendant TRANS UNION LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 22, 2017, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of  Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2017, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

1043021.1

3

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC

# SERVICE LIST

Laurel Tevolitz
8105 Redlands Street, #106
Playa Del Rey, CA  90293
Email: Laurel.Tevolitz@gmail.com
***Plaintiff Pro Se***
**BY MAIL**

Thomas P. Quinn, Jr.
NOKES AND QUINN
410 Broadway, Suite 200
Laguna Beach, CA  92651
Phone:  (949) 376-3500
Fax:      (949) 376-3070
Email: tquinn@nokesquinn.com
***Attorneys for Defendant Equifax
Information Services LLC***

Jessica McGahie Sawyer
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Phone:  (213) 489-3939
Fax:      (213) 243-2539
Email:  jsawyer@jonesday.com
***Attorneys for Defendant Experian
Information Solutions, Inc.***